UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

18 U.S.C. § 875(c)
18 U.S.C. § 981(a)(1)(C)

FILED BY ___MMB___ D.C.

FEB 12 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

UNITED STATES OF AMERICA

vs.

ANTHONY MILES,

      Defendant.
_____/

# INDICTMENT

The Grand Jury charges that:

## COUNT 1
### Interstate Transmission of Threat to Injure
### (18 U.S.C. § 875(c))

On or about November 10, 2025, in St. Lucie County, in the Southern District of Florida, and elsewhere, the defendant,

**ANTHONY MILES,**

did knowingly transmit in interstate commerce a communication containing a true threat to injure the person of another, that is, U.S. SENATOR 1, in that in a message sent through the Internet, the defendant stated, "Time for you to get the Charlie Kirk treatment you fucking piece of shit asshole," or words to that effect, with the intent to communicate a true threat, and with recklessness as to whether the communication would be viewed as a true threat of violence, in violation of Title 18, United States Code, Section 875(c).

## COUNT 2
### Interstate Transmission of Threat to Injure
### (18 U.S.C. § 875(c))

On or about November 15, 2025, in St. Lucie County, in the Southern District of Florida, and elsewhere, the defendant,

### ANTHONY MILES,

did knowingly transmit in interstate commerce a communication containing a true threat to injure the person of another, that is, U.S. REPRESENTATIVE 1, in that in a message sent through the Internet, the defendant stated, "Go to hell you piece of shit! Fucking die tonight asshome! I'll kill you myself you fucking migger," or words to that effect, with the intent to communicate a true threat, and with recklessness as to whether the communication would be viewed as a true threat of violence, in violation of Title 18, United States Code, Section 875(c).

## COUNT 3
### Interstate Transmission of Threat to Injure
### (18 U.S.C. § 875(c))

On or about November 15, 2025, in St. Lucie County, in the Southern District of Florida, and elsewhere, the defendant,

### ANTHONY MILES,

did knowingly transmit in interstate commerce a communication containing a true threat to injure the person of another, that is, U.S. REPRESENTATIVE 2, in that in a message sent through the Internet, the defendant stated, "[U.S. REPRESENTATIVE 2] stupid mother fucker! You've had control of the files for 4 years and wouldn't release. I will kill You mother fucker," or words to that effect, with the intent to communicate a true threat, and with recklessness as to whether the communication would be viewed as a true threat of violence, in violation of Title 18, United States Code, Section 875(c).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ANTHONY MILES**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 875(c), as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____

*Yisel Valdes for*
JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

_____
JOSEPH WHEELER III
SPECIAL ASSISTANT UNITED STATES ATTORNEY

_____
JESSICA KAHN OBENAUF
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: _____

v.

ANTHONY MILES,

_____/
Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☐ Miami   ☐ Key West   ☑ FTP
☐ FTL     ☐ WPB

I do hereby certify that:
1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __5__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:
   (Check only one)                (Check only one)
   I   ☑ 0 to 5 days              ☐ Petty
   II  ☐ 6 to 10 days             ☐ Minor
   III ☐ 11 to 20 days            ☐ Misdemeanor
   IV  ☐ 21 to 60 days            ☑ Felony
   V   ☐ 61 days and over
6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge _____ Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
JESSICA KAHN OBENAUF
Assistant United States Attorney
FL Bar No.      52716

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: <u>ANTHONY MILES</u>

Case No: _____

Counts: 1-3

<u>Interstate Transmission of Threat to Injure</u>

<u>Title 18, United States Code, Section 875(c)</u>

\* **Max. Term of Imprisonment:** 5 years
\* **Mandatory Min. Term of Imprisonment (if applicable):** None
\* **Max. Supervised Release:** 3 years
\* **Max. Fine:** $250,000

\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.