UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-CR-14010-CANNON

UNITED STATES OF AMERICA

v.

ANTHONY MICHAEL MILES,

       Defendant.

_____/

## FACTUAL PROFFER

The United States Attorney's Office for the Southern District of Florida ("this Office") and Anthony Michael Miles (hereinafter referred to as the "Defendant" or "MILES") agree that had this case gone to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

In November of 2025, MILES became frustrated with political figures in the United States Government and their political stances and official actions. MILES was active on the social media platform X and, as his frustrations grew, he posted direct threats to injure and kill United States Members of Congress.

On November 10, 2025, at 11:16 p.m., while physically located in the Southern District of Florida, MILES responded to a post by U.S. SENATOR 1 by posting a threat to kill U.S. Senator 1, including the following language: "Time for you to get the Charlie Kirk treatment you fucking piece of shit asshole." When he used the name "Charlie Kirk," MILES was referring to a conservative political commentator who was assassinated by a gunman on September 10, 2025, thus using the phrase "Charlie Kirk treatment" to mean that U.S. SENATOR 1 would be murdered. This social media post was a public post which was communicated in interstate commerce and viewed by an employee of the United States

Capitol Police who was physically located in the State of Virginia. In making this threat, MILES was motivated by U.S. SENATOR 1's status as a Government Officer and his official actions. At the time that he communicated this threat to kill, MILES intended it to be a true threat of violence and recognized that it would be viewed as a true threat of violence.

On November 15, 2025, at 4:29 p.m., while physically located in St. Lucie County, in the Southern District of Florida, MILES responded to a post by U.S. REPRESENTATIVE 1 by posting a threat to kill U.S. REPRESENTATIVE 1, including the following language: "Go to hell you piece of shit! Fucking die tonight asshome! I'll kill you myself you fucking migger." This social media post was a public post which was communicated in interstate commerce and viewed by an employee of the United States Capitol Police who was physically located in the State of Virginia. In making this threat, MILES was motivated by U.S. REPRESENTATIVE 1's status as a Government Officer and his official actions. At the time that he communicated this threat to kill, MILES intended it to be a true threat of violence and recognized that it would be viewed as a true threat of violence.

On November 15, 2025, at 10:29 p.m., while physically located in the Southern District of Florida, MILES posted a threat to kill U.S. REPRESENTATIVE 2 including the following language: "[U.S. REPRESENTATIVE 2] stupid mother fucker! You've had control of the files for 4 years and wouldn't release . I will kill You mother fucker." This social media post was a public post which was communicated in interstate commerce and viewed by an employee of the United States Capitol Police who was physically located in the state of Virginia. In making this threat, MILES was motivated by U.S. REPRESENTATIVE 2's status as a Government Officer and his official actions. At the time that he communicated this threat to kill, MILES intended it to be a true threat of violence and recognized that it

2

would be viewed as a true threat of violence.

The United States and the Defendant also agree that these facts, which do not include all of the facts known to the Government and the Defendant, are sufficient to prove the guilt of the Defendant as to the crime of Interstate Communication of a Threat to Injure, in violation of 18 U.S.C. § 875(c), as charged in Count 2 of the Indictment.

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Date: 4/24/26          By: _____
JESSICA KAHN OBENAUF
ASSISTANT UNITED STATES ATTORNEY

Date: 4/24/26          By: _____
JOSEPH WHEELER III
SPECIAL ASSISTANT UNITED STATES ATTORNEY

Date: 4/24/26          By: _____
BARBARA KIBBEY
ATTORNEY FOR DEFENDANT

Date: 4-24-26          By: _____
EDWARD D. REAGAN
ATTORNEY FOR DEFENDANT

Date: 4.24-26          By: _____
ANTHONY MICHAEL MILES
DEFENDANT